1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ISAAC JONES,                          Case No.   1:19-cv-00411-JDP

12                    Petitioner,           ORDER GRANTING PETITIONER'S
                                            MOTION TO AMEND PETITION
13          v.
                                            ECF No. 8
14    S. YOUNG,

15                    Respondent.

16

17          Petitioner Isaac Jones, a federal prisoner without counsel, petitioned for a writ of habeas

18    corpus under 28 U.S.C. § 2241.  ECF No. 1.  Before the court is petitioner's motion to amend his

19    petition.  ECF No. 8.  "A habeas petition 'may be amended or supplemented as provided in the

20    rules of procedure applicable to civil actions.'"  *Alfaro v. Johnson*, 862 F.3d 1176, 1183 (9th Cir.

21    2017) (quoting 28 U.S.C. § 2242).  Because this is petitioner's first motion to amend and we grant

22    leave to amend once as a matter of course, we grant petitioner's motion.  *See* Fed. R. Civ. P.

23    15(a)(1); ECF No. 8.  Considering petitioner's declaration that his access to legal research

24    materials is limited at his prison, we will grant petitioner's request for 60 days to submit his first

25    amended petition.  ECF No. 8 at 3.

26          The amended petition will supersede the original petition, *Lacey v. Maricopa County*, 693

27    F. 3d 896, 907 n.1 (9th Cir. 2012) (en banc), and so the amended petition must be complete on its

28    face without reference to the prior, superseded petition, *see* E.D. Cal. Local Rule 220.  Petitioner

may not change the nature of his petition by adding new, unrelated claims. *See George v. Smith*, 507 F.3d 605, 607 (7th Cir. 2007). Once an amended petition is filed, the original petition no longer serves any function. Therefore, in an amended petition, as in an original petition, petitioner must assert each claim in sufficient detail. The amended petition should be titled "First Amended Petition" and refer to the appropriate case number.

**Order**

Accordingly,

1. petitioner's motion to amend the petition, ECF No. 8, is granted;

2. petitioner shall have 60 days to file a first amended petition; and

3. the clerk is directed to send petitioner a blank habeas corpus petition form.

IT IS SO ORDERED.

Dated:    February 9, 2020    _____
                                            UNITED STATES MAGISTRATE JUDGE

No. 206.