UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC JONES, | Case No. 1:19-cv-00411-JDP |
| Petitioner, | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| v. | ECF No. **7** |
| S. YOUNG, | |
| Respondent. | |

Petitioner Isaac Jones, a federal prisoner proceeding without counsel, seeks a writ of habeas corpus under 28 U.S.C. § 2241. ECF No. 1. On January 14, 2020, we ordered petitioner to show cause why his petition should not be dismissed for vagueness. ECF No. 7. For good cause shown, *see* ECF No. 8, the order to show cause issued on January 14, 2020 is hereby discharged. ECF No. 7.

IT IS SO ORDERED.

Dated: February 13, 2020

UNITED STATES MAGISTRATE JUDGE

No. 206.

1